```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                -v-                                                    :    22 Cr. 464 (JPC)
                                                                       :
DAVID MENDEZ,                                                          :    ORDER
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 23, 2023, the Court modified the conditions of Defendant David Mendez's bail to allow him to complete in-patient alcohol abuse treatment at a facility called Serendipity. Dkt. 41. The Court ordered Defendant to report to Serendipity by February 27, 2023. *Id.* On February 27, 2023, at approximately 11:50 a.m., the Court was informed by the United States Marshals Service that Defendant has an outstanding warrant in New Jersey that requires his extradition to New Jersey in the event of his release from federal custody, thereby precluding him from being able to report to Serendipity. Because the outstanding warrant and any attendant extradition would prevent Defendant from satisfying the condition of his bail that he complete in-patient alcohol abuse treatment at Serendipity, the bail conditions set on February 23, 2023 are revoked and Defendant is ordered detained pending further order of the Court.

SO ORDERED.

Dated: February 27, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge