# Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212.735.3483
DIRECT FAX
917.777.3483
EMAIL ADDRESS
CHRISTOPHER.GUNTHER@SKADDEN.COM

May 16, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

      RE: <u>United States v. David Mendez, 22 CR 464</u>

Dear Judge Cronan:

  We write on behalf of our client, David Mendez, to request a one-month adjournment to Mr. Mendez's sentencing. Mr. Mendez is currently scheduled to be sentenced on June 6, 2023. We respectfully request a new sentencing date of July 6, 2023, or the next date thereafter convenient to the Court.[1] This is Mr. Mendez's first request for an adjournment. The government consents to the request and is available for a hearing on July 6, 2023 from 1:00 p.m. to 5:00 p.m.

  As the Court is aware, a mitigation specialist, Ms. Brittany Colton, has been engaged on Mr. Mendez's behalf. Ms. Colton's work is progressing, but not yet complete. A one-month adjournment will allow Ms. Colton to finish her work, and

---

[1] Pursuant to the Court's individual rules, if the Court grants an adjournment to July 6, 2023, Mr. Mendez's sentencing submission shall be filed no later than June 22, 2023 and the government's sentencing submission shall be filed no later than June 29, 2023.

The Honorable John P. Cronan
May 16, 2023
Page 2

Mr. Mendez to incorporate the report into his sentencing memorandum to the Court. In addition, we expect Probation to issue a revised Presentence Investigation Report (PSR) on May 25, 2023. The requested adjournment will allow us to respond to the revised PSR, if necessary.

    Respectfully submitted,

    /s/ Christopher Gunther
    Christopher J. Gunther
    Peter A. Varlan
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Manhattan West
    New York, NY 10001
    christopher.gunther@skadden.com
    peter.varlan@skadden.com

cc:    All counsel of record (by ECF)

The request is granted. Mr. Mendez's sentencing hearing is adjourned to July 7, 2023, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The deadline for Defendant's sentencing submission is adjourned to June 23, 2023. The deadline for the Government's submission is adjourned to June 30, 2023.

SO ORDERED.

May 18, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge