UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :

UNITED STATES OF AMERICA,                   :

           -v-                                    :              22 Cr. 464 (JPC)

DAVID MENDEZ,                              :              <u>ORDER</u>

                Defendant.                :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Due to a scheduling conflict, the sentencing hearing currently scheduled for July 7, 2023, is adjourned to July 12, 2023, at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: July 6, 2023
       New York, New York

                                                      JOHN P. CRONAN
                                              United States District Judge