UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
 -v-                                                               :     22 Cr. 464 (JPC)
:
DAVID MENDEZ,                                                      :     ORDER
:
                        Defendant.                                 :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Mr. Mendez's conditions of supervised release are amended to include the following: "You will participate in a detoxification program at the Cornerstone of Medical Arts Center starting on February 22, 2025.  The detoxification program will then be followed by an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol.  You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments.  The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider."

      SO ORDERED.

Dated: February 21, 2025
       New York, New York

                                                          JOHN P. CRONAN
                                            United States District Judge